UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:99-cr-00134-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JOHN FITZGERALD HUDSON,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on two letters from defendant, received July 29, 2014 (#99) and August 1, 2014 (#100), complaining that his sentence has run and that he has not been released because the judgment has not been signed. Such letters are moot because the judgment has this day been signed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that, to the extent defendant seeks relief, the two letters from defendant, received July 29, 2014 (#99) and August 1, 2014 (#100), are deemed **MOOT**.

Signed: August 8, 2014

Max O. Cogburn Jr.
United States District Judge